IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN PROGRESSIVE, LLC, | Case No. 2:17−cv−01646−MCE−GGH |
| Petitioner, | Removed from Superior Court of California, County of Sacramento |
| v. | Case No. 34-2017-00215442-CU-PT-GDS |
| UNITED STATES OF AMERICA, | **ORDER TO DISBURSE INTERPLEADED FUNDS AND JUDGMENT** |
| Respondent. | |

Pursuant to the Stipulated Motion for Distribution of Interpleaded Funds ("Stipulation") filed on January 19, 2018, submitted by the United States of America (United States), the County of Sacramento, and Western Progressive, LLC (Petitioner) (collectively "the parties"), and for good cause shown, IT IS HEREBY ORDERED, that:

1. The United States is entitled to the entirety of the deposited interpleaded funds in the amount of $78,437.94 (and any accrued interest thereon).

2. The Clerk of the Court for the Superior Court of California, County of Sacramento, is hereby authorized and directed to draw check on the funds deposited in the registry of the court in the principal amount $78,437.94, payable to the "Department of Justice" and mail the check via the United States Postal Service to the United States at the following address:

>     Tax FLU, Office of Review
>     U.S. Dept. of Justice Tax Division
>     P.O. Box 310
>     Ben Franklin Station
>     Washington, D.C. 20044-0310

The check shall bear a notation for CMN 2017101988

3. Petitioner, Western Progressive, LLC, or its counsel, is hereby authorized and directed to draw a cashier's check on the surplus funds that were not deposited into the court's registry in the amount of $4,051.50, payable to "Department of Justice" and mail the check via the United States Postal Service to the United States at the following address:

>     Tax FLU, Office of Review
>     U.S. Dept. of Justice Tax Division
>     P.O. Box 310
>     Ben Franklin Station
>     Washington, D.C. 20044-0310

The check shall bear a notation for CMN 2017101988

4. This order resolves all claims in this case.

5. This order shall be a final judgment as to the claims of the parties to surplus funds after a trustee's sale of the real property located at 5988 Sampson Blvd. Sacramento, CA 95824.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE